UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>ERIK ANDRES MARTINEZ-SOSA,<br><br>                      Defendant. | CASE NO.:  24CR1459-W<br><br>**ORDER TO CONTINUE MOTION SETTING** |

    **IT IS HEREBY ORDERED** that the Joint Motion to continue the Motion Setting scheduled for September 16, 2024 at 9:00 a.m. to November 04, 2024 at 9:00 a.m. be granted. It is further ordered that time is excluded from the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).


DATED: _____9/5/24_____

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE